UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BAUER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-04753-JSC   (SI)<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE CASES**<br><br>Re: Dkt. No. 4 |

Before the Court is plaintiffs' motion to relate or consolidate this case with *Coser v. City of Santa Rosa*, Case No. 22-cv-4488.  Dkt. No. 4.  Defendants do not oppose the motion.  Dkt. No. 14.  This case and *Coser* challenge the City of Santa Rosa's attempt to sweep the same encampment of unhoused people living in vehicles.  The Court hereby **GRANTS** the motion.  Because the events in the two cases are substantially the same and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges, the Court **REASSIGNS** Case No. 22-cv-4753 to the undersigned judge as a related case.  Further, finding that there are common questions of law and fact, *see* Fed. R. Civ. P. 42(a), the Court hereby **CONSOLIDATES** Case No. 22-cv-4753 with Case No. 22-cv-4488.

　　**IT IS SO ORDERED**.

Dated: August 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge