UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BAUER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　　　Defendants. | Case No. 22-cv-04753-SI<br><br>**ORDER REFERRING CASE FOR SETTLEMENT NEGOTIATIONS** |

On August 25, 2022, the Court consolidated this case with Case No. 22-cv-04488, *Coser et al. v. City of Santa Rosa et al*. Dkt. No. 15. *Coser* is currently before Magistrate Judge Thomas Hixson for settlement negotiations. Case No. 22-cv-4488, Dkt. No. 23. Having consolidated the two cases, the Court hereby refers the parties in this case to Judge Hixson for settlement negotiations.

**IT IS SO ORDERED**.

Dated: August 26, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge